**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ROBERT M. DAVIES,**

    **Plaintiff,**

 **v.**                **Civil Action No.
                    5:16-CV-0852 (TJM/DEP)**

**CHRISTOPHER COMMUNITY,** *et al.***,**

    **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**THOMAS J. McAVOY
Senior United States District Judge**

## DECISION and ORDER

### I. INTRODUCTION

This *pro se* employment action was referred to the Hon. David E. Peebles, United States Magistrate Judge, for initial review. In his September 9, 2016 Report, Recommendation and Order, Magistrate Judge Peebles: (1) granted plaintiff's *In Forma Pauperis* application; (2) denied with leave to renew plaintiff's motion for appointment of counsel; and (3) recommended that all claims be dismissed, with leave to replead, because the complaint fails to state a claim upon which relief may be granted [dkt. # 8]. Plaintiff did not file objections to the Report, Recommendation and Order, and the time to do so has expired.

### II. DISCUSSION

After examining the record, this Court has determined that the Report, Recommendation and Order is not subject to attack for plain error or manifest injustice.

### III. CONCLUSION

Accordingly, the Court **ADOPTS** the Report, Recommendation and Order [dkt. # 8] for

1

the reasons stated therein. Thus, it is hereby

**ORDERED** that plaintiff's complaint [dkt. # 1] is **DISMISSED** pursuant to 28 U.S.C. § 1915(e). Plaintiff is granted leave to replead.[1]

**IT IS SO ORDERED.**

**Dated:** October 13, 2016

_____
Thomas J. McAvoy
Senior, U.S. District Judge

---

[1] The Court notes that on September 21, 2016, plaintiff filed an amended complaint. Dkt. # 9. The Court offers no opinion as to the sufficiency of the allegations made therein.